[No. 22889-1-II.    Division Two.    July 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. TRINER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03523-0, Vicki L. Hogan, J., entered January 13, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 23304-5-II.    Division Two.    July 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM WAYNE LINDSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00378-2, James E. Rulli, J., entered May 14, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 23448-3-II.    Division Two.    July 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE JOHN NELLANS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-05527-5, John A. McCarthy, J., entered May 14, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 38870-3-I.    Division One.    August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAYLA BELEFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-00936-1, Michael S. Spearman, J., entered May 22, 1996. *Dismissed* by unpublished per curiam opinion.